■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS GRUBBS, Appellant, v. R. E. HEROLD, as Director of Dannemora State Hospital, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THADEUS DOBIESZ, Appellant.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Time to perfect appeals extended 90 days. Motions in all other respects denied.